# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| RICHARD T. W., | Civil No. 3:20-CV-5980-MLP |
| Plaintiff, | |
| vs. | ORDER |
| ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to the parties' stipulated motion, the Court hereby ORDERS that this matter is remanded to the Commissioner under 42 U.S.C. § 405(g) (fourth sentence), for further administrative proceedings. On remand, the administrative law judge (ALJ) will offer the claimant the opportunity for a new hearing and further development of the record and issue a new decision. The ALJ will re-evaluate the medical opinions of record, reassess the claimant's allegations about his symptoms, and continue with the sequential evaluation, obtaining additional vocational expert testimony if necessary.

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

Page 1    ORDER - [3:20-CV-5980-MLP]

DATED this 2nd day of August, 2021.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Christopher J. Brackett
CHRISTOPHER J. BRACKETT
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2545
Fax: (206) 615-2531
christopher.brackett@ssa.gov